MORAVIA HEALTH
1500 Walnut Street Suite 1900
Philadelphia PA  19102

ORG: 100-Philadelphia Office
EE ID: ▊▊▊▊    DD

SHANITA JACKSON
2210 N COLORADO ST
PHILADELPHIA PA  19132

NON-NEGOTIABLE

BANK OF AMERICA, NA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA, NA BANKS

---

**PERSONAL AND CHECK INFORMATION**
Shanita Jackson
2210 N Colorado St
Philadelphia, PA  19132
**Employee ID:** 7668

**Home Department:** 100 Philadelphia Office

**Pay Period:** 12/22/24 **to** 12/28/24
**Check Date:** 01/03/25    **Check #:** 527661

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 536 | 759.10 | 759.10 |
| **NET PAY** | **759.10** | **759.10** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 40.0000 | 14.0000 | 560.00 | 40.0000 | 560.00 |
| | | Overtime | 20.0000 | 21.0000 | 420.00 | 20.0000 | 420.00 |
| | | **Total Hours** | 60.0000 | | | 60.0000 | |
| | | **Total Hrs Worked** | 60.0000 | | | | |
| | | **Gross Earnings** | | | 980.00 | | 980.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 60.76 | 60.76 |
| | Medicare | | 14.21 | 14.21 |
| | Fed Income Tax | SMS | 78.40 | 78.40 |
| | PA Income Tax | | 30.09 | 30.09 |
| | PA Unemploy | | 0.69 | 0.69 |
| | PA PHILA-Phi Inc | | 36.75 | 36.75 |
| | **TOTAL** | | 220.90 | 220.90 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **759.10** | **759.10** |

*Payrolls by Paychex, Inc.*
0940  1406-8171  Moravia Health • 1500 Walnut Street Suite 1900 • Philadelphia PA  19102 • (215) 717-8650

MORAVIA HEALTH
1500 Walnut Street Suite 1900
Philadelphia PA 19102

1406-8171
ORG: 100-Philadelphia Office
EE ID: ███    DD

SHANITA JACKSON
2210 N COLORADO ST
PHILADELPHIA PA 19132

NON-NEGOTIABLE

BANK OF AMERICA, NA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA, NA BANKS

---

**PERSONAL AND CHECK INFORMATION**
Shanita Jackson
2210 N Colorado St
Philadelphia, PA 19132
**Employee ID:** 7668

**Home Department:** 100 Philadelphia Office

**Pay Period:** 12/29/24 to 01/04/25
**Check Date:** 01/10/25    **Check #:** 531214

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 536 | 964.03 | 2068.92 |
| **NET PAY** | **964.03** | **2068.92** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 14.0000 | 560.00 | 80.0000 | 1120.00 |
| | Overtime | 30.0000 | 21.0000 | 630.00 | 60.0000 | 1260.00 |
| | Overtime (Retro) | | | | 10.0000 | 210.00 |
| | Bonus | | | 75.00 | | 75.00 |
| | **Total Hours** | 70.0000 | | | 150.0000 | |
| | **Total Hrs Worked** | 70.0000 | | | | |
| | **Gross Earnings** | | | 1265.00 | | 2665.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 78.43 | 165.23 |
| Medicare | | 18.34 | 38.64 |
| Fed Income Tax | SMS | 117.03 | 208.58 |
| PA Income Tax | | 38.84 | 81.82 |
| PA Unemploy | | 0.89 | 1.87 |
| PA PHILA-Phi Inc | | 47.44 | 99.94 |
| **TOTAL** | | 300.97 | 596.08 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **964.03** | **2068.92** |

Payrolls by Paychex, Inc.
0940 1406-8171   Moravia Health • 1500 Walnut Street Suite 1900 • Philadelphia PA 19102 • (215) 717-8650

MORAVIA HEALTH
1500 Walnut Street Suite 1900
Philadelphia PA 19102

ORG: 100 Philadelphia Office
EE ID: ▮▮▮▮    DD

SHANITA JACKSON
2210 N COLORADO ST
PHILADELPHIA PA 19132

NON-NEGOTIABLE

BANK OF AMERICA, NA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA, NA BANKS

---

**PERSONAL AND CHECK INFORMATION**
Shanita Jackson
2210 N Colorado St
Philadelphia, PA 19132
**Employee ID:** 7668

**Home Department:** 100 Philadelphia Office

**Pay Period:** 12/15/24 **to** 12/21/24
**Check Date:** 12/27/24    **Check #:** 523719

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 665 | 0.00 | 7625.10 |
| Chkg 536 | 912.07 | 12212.32 |
| **NET PAY** | **912.07** | **19837.42** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 14.0000 | 560.00 | 840.0000 | 11724.80 |
| | Overtime | 30.0000 | 21.0000 | 630.00 | 579.7500 | 12153.63 |
| | Bonus | | | | | 2500.00 |
| | **Total Hours** | 70.0000 | | | 1419.7500 | |
| | **Total Hrs Worked** | 70.0000 | | | | |
| | **Gross Earnings** | | | 1190.00 | | 26378.43 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 73.78 | 1635.46 |
| Medicare | | 17.26 | 382.49 |
| Fed Income Tax | SMS | 104.90 | 2705.55 |
| PA Income Tax | | 36.53 | 809.80 |
| PA Unemploy | | 0.83 | 18.44 |
| PA PHILA-Phi Inc | | 44.63 | 989.27 |
| **TOTAL** | | 277.93 | 6541.01 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **912.07** | **19837.42** |

*Payrolls by Paychex, Inc.*
0940 1406-8171 Moravia Health • 1500 Walnut Street Suite 1900 • Philadelphia PA 19102 • (215) 717-8650

MORAVIA HEALTH
1500 Walnut Street Suite 1900
Philadelphia PA  19102

ORG: 100 Philadelphia Office
EE ID: ███    DD

SHANITA JACKSON
2210 N COLORADO ST
PHILADELPHIA PA  19132

NON-NEGOTIABLE

BANK OF AMERICA, NA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA, NA BANKS

**PERSONAL AND CHECK INFORMATION**
Shanita Jackson
2210 N Colorado St
Philadelphia, PA  19132
**Employee ID:** 7668

**Home Department:** 100 Philadelphia Office

**Pay Period:** 12/08/24 **to** 12/14/24
**Check Date:** 12/20/24    **Check #:** 520020

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 665 | 0.00 | 7625.10 |
| Chkg 536 | 1070.72 | 11300.25 |
| **NET PAY** | **1070.72** | **18925.35** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 14.0000 | 560.00 | 800.0000 | 11164.80 |
| | Overtime | 30.0000 | 21.0000 | 630.00 | 549.7500 | 11523.63 |
| | Bonus | | | 250.00 | | 2500.00 |
| | **Total Hours** | 70.0000 | | | 1349.7500 | |
| | **Total Hrs Worked** | 70.0000 | | | | |
| | **Gross Earnings** | | | 1440.00 | | 25188.43 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 89.28 | 1561.68 |
| Medicare | | 20.88 | 365.23 |
| Fed Income Tax | SMS | 159.90 | 2600.65 |
| PA Income Tax | | 44.21 | 773.27 |
| PA Unemploy | | 1.01 | 17.61 |
| PA PHILA-Phi Inc | | 54.00 | 944.64 |
| **TOTAL** | | 369.28 | 6263.08 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1070.72** | **18925.35** |

*Payrolls by Paychex, Inc.*
0940  1406-8171  Moravia Health • 1500 Walnut Street Suite 1900 • Philadelphia PA  19102 • (215) 717-8650

MORAVIA HEALTH
1500 Walnut Street Suite 1900
Philadelphia PA 19102

ORG: 100 Philadelphia Office
EE ID: ███    DD

SHANITA JACKSON
2210 N COLORADO ST
PHILADELPHIA PA 19132

NON-NEGOTIABLE

BANK OF AMERICA, NA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA, NA BANKS

---

**PERSONAL AND CHECK INFORMATION**
Shanita Jackson
2210 N Colorado St
Philadelphia, PA 19132
**Employee ID:** 7668

**Home Department:** 100 Philadelphia Office

**Pay Period:** 12/01/24 **to** 12/07/24
**Check Date:** 12/13/24    **Check #:** 516252

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 665 | 0.00 | 7625.10 |
| Chkg 536 | 912.08 | 10229.53 |
| **NET PAY** | **912.08** | **17854.63** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 14.0000 | 560.00 | 760.0000 | 10604.80 |
| | Overtime | 30.0000 | 21.0000 | 630.00 | 519.7500 | 10893.63 |
| | Bonus | | | | | 2250.00 |
| | **Total Hours** | 70.0000 | | | 1279.7500 | |
| | **Total Hrs Worked** | 70.0000 | | | | |
| | **Gross Earnings** | | | 1190.00 | | 23748.43 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 73.78 | 1472.40 |
| Medicare | | 17.25 | 344.35 |
| Fed Income Tax | SMS | 104.90 | 2440.75 |
| PA Income Tax | | 36.53 | 729.06 |
| PA Unemploy | | 0.83 | 16.60 |
| PA PHILA-Phi Inc | | 44.63 | 890.64 |
| **TOTAL** | | 277.92 | 5893.80 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **912.08** | **17854.63** |

Payrolls by Paychex, Inc.
0940 1406-8171  Moravia Health • 1500 Walnut Street Suite 1900 • Philadelphia PA 19102 • (215) 717-8650

MORAVIA HEALTH
1500 Walnut Street Suite 1900
Philadelphia PA  19102

ORG: 100 Philadelphia Office
EE ID: ███    DD

SHANITA JACKSON
2210 N COLORADO ST
PHILADELPHIA PA  19132

NON-NEGOTIABLE

BANK OF AMERICA, NA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA, NA BANKS

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Shanita Jackson
2210 N Colorado St
Philadelphia, PA  19132
**Employee ID:** 7668

**Home Department:** 100 Philadelphia Office

**Pay Period:** 11/03/24 **to** 11/09/24
**Check Date:** 11/15/24    **Check #:** 501457

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 665 | 0.00 | 7625.10 |
| Chkg 536 | 877.62 | 6687.67 |
| **NET PAY** | **877.62** | **14312.77** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 14.0000 | 560.00 | 600.0000 | 8364.80 |
| | Overtime | 27.7500 | 21.0000 | 582.75 | 409.7500 | 8583.63 |
| | Bonus | | | | | 2175.00 |
| | **Total Hours** | 67.7500 | | | 1009.7500 | |
| | **Total Hrs Worked** | 67.7500 | | | | |
| | **Gross Earnings** | | | 1142.75 | | 19123.43 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 70.85 | 1185.65 |
| Medicare | | 16.57 | 277.29 |
| Fed Income Tax | SMS | 98.98 | 2030.10 |
| PA Income Tax | | 35.08 | 587.07 |
| PA Unemploy | | 0.80 | 13.36 |
| PA PHILA-Phi Inc | | 42.85 | 717.19 |
| **TOTAL** | | 265.13 | 4810.66 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **877.62** | **14312.77** |

*Payrolls by Paychex, Inc.*
0940 1406-8171  Moravia Health • 1500 Walnut Street Suite 1900 • Philadelphia PA  19102 • (215) 717-8650