# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Shanita Jackson,

      Debtor.

Case No. 25-10393-PMM

Chapter 7

### Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's Amended Statement of Intention for Individuals Filing Under Chapter 7 on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Robert H. Holber (CM/ECF)

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Date: March 27, 2025

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com